UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Alvaro Carvajal,

                    07 Civ. 10634 (CM)(AJP)

            Plaintiff(s),

                    ORDER OF REFERENCE
    -against-                    TO A MAGISTRATE JUDGE
Dale Artus, Superintendent,

           Defendant(s).
------------------------------------------------------------X

The above entitled action is referred to the Honorable Andrew J. Peck, United States Magistrate Judge for the following purpose(s):

\_\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

\_\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_\_\_ Settlement*

\_\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

✓ Habeas Corpus

\_\_\_\_\_ Social Security

\_\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: December 6, 2007
       New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07

SO ORDERED:

Hon. Colleen McMahon
United States District Judge