

Alvaro Carvajal #96A-2380
Clinton Correctional Fac.
P.O. Box 2002
Dannemora, New York 12929

May 2, 2008

Honorable. Andrew J. Peck
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, New York 10007-1312

Re: Carvajal v. Artuz, 07 Civ. 10634 (CM) (AJP)

Dear Honorable Magistrate. Peck

    I would like to bring to the your Honor's attention that I am requesting the Court's permission for time to file a Traverse to Respondent's Declaration in the above proceeding filed with the Court on April 14, 2008.

    Your Honor's Court Rules, however, do not provide for any time limitation within which I must do so. nor does the Order to Show Cause signed on December 10, 2007 by Your Honor reflect any time for petitioner to file and serve a Traverse to the response filed. Please advise

Respectfully Submitted,
Alvaro Carvajal

Mr. Thomas B. Litsky
Assistant Attorney General
120 Broadway
New York 10271

**MEMO ENDORSED** 7/8/08
Traverse due 5/30/08.

SO ORDERED:
Hon. Andrew J. Peck
United States Magistrate Judge

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated: **May 8, 2008**                              Total Number of Pages: 2

| TO | FAX NUMBER |
|---|---|
| Thomas B. Litsky, Esq. | 212-416-6009 |
|  |  |

# TRANSCRIPTION:

MEMO ENDORSED 5/8/08

Traverse due **5/30/08**.


Copies to:   Alvaro Carvajal (Mail)
             Judge Colleen McMahon